UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BLUE F.C. ABREU,<br>Petitioner,<br>v.<br>SUPERIOR COURT COUNTY OF LAKE,<br>Respondent. | No. 2:26-cv-2868 AC P<br><br><u>ORDER</u> |

Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.

The application attacks a conviction issued by the Superior Court of California for the County of Lake. While both this court and the United States District Court in the district where petitioner was convicted have jurisdiction, <u>see</u> <u>Braden v. 30th Judicial Circuit Court</u>, 410 U.S. 484 (1973), any and all witnesses and evidence necessary for the resolution of petitioner's application are more readily available in Lake County. <u>Id.</u> at 499 n.15; 28 U.S.C. § 2241(d).

Accordingly, in the furtherance of justice, IT IS HEREBY ORDERED that:

This matter is transferred to the United States District Court for the Northern District of California.

DATED: October 14, 2026

Allison Claire

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE